**Alteric HUNT, Plaintiff-Appellant,**

v.

**R. MILLER, Captain individual and full capacity; South Carolina Department of Corrections, Defendants-Appellees.**

**No. 17-7604**

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Alteric Hunt, Appellant Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alteric Hunt seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and dismissing Hunt's civil complaint as to some, but not all, Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93

262

L.Ed. 1528 (1949). The order Hunt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*